| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Zachery R. Alolabi, *et al.*, §
§
    Plaintiffs, §
§
*versus* § Civil Action H-15-1581
§
WCX, LLC, *et al.*, §
§
    Defendants. §

## Order Denying Request for Temporary Restraining Order

The plaintiffs' request for a temporary restraining order is denied.

Signed on June 10, 2015, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge